Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

JUDGE ZOUHARY

# UNITED STATES DISTRICT COURT

### for the

### District of

### Division

JOSEPH EMERSON
P.O. Box 13
TOLEDO, OHIO 43601

Case No. 3:19 CV 414

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

CBS HEADQUARTERS, (ET. AL.)
51 WEST 52ND STREET
NEW YORK, N.Y. 10019

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOSEPH EMERSON |
| Street Address | P.O. Box 13 |
| City and County | TOLEDO (LUCAS) |
| State and Zip Code | OHIO 43601 |
| Telephone Number | 567 - 315 - 4231 |
| E-mail Address | |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — CBS HEADQUARTER

Job or Title *(if known)*

Street Address — 51 W. 52ND STREET

City and County — NEW YORK,

State and Zip Code — NEW YORK   10019

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — BRITNEY SPEARS C/O

Job or Title *(if known)* — MANAGER JEFF KWATINETZ / THE FIRM

Street Address — 9465 WILSHIRE BVD, 6th FLOOR

City and County — BEVERLY HILLS, CALIF

State and Zip Code — CALIF. 90212

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — WARNER BROTHER ENTERTAINMENT

Job or Title *(if known)*

Street Address — 4000 WARNER BLVD.

City and County — BURBANK

State and Zip Code — CALIFORNIA   91522

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

INTERSTATE SEX TRAFFIC PIPEFITTER BOOKS, SLANDER OBSTRUCTION OF JUSTICE AND POTENTIAL INCOMES.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I AM POLITICALLY BLOCKED OBSTRUCTION OF JUSTICE FBI AND CORPORATION ANY POTENTIAL INCOME OR RELATIONSHIP ANY FEMALE.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I DESIRE 5 MILLION EACH MONETARY AND PUNITIVE DAMAGES AND DAMAGES AWARDED WARNER TO ANGUS JONES BEING BLACKBALLED AND ERIKA HILL REBECCA JARVIS, AND MARYSOL CASTRO CBS.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     FEB 22, 2019

Signature of Plaintiff     *Joseph M Emerson*

Printed Name of Plaintiff     JOSEPH EMERSON

### B.     For Attorneys

Date of signing:     FEB 22, 2019

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____